**FILED**
JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MAR - 4 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                PLAINTIFF

v.                                   Criminal Action No.: 3:25-CR-30-CHB

THOMAS CZARTORSKI, et al                                DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as co-counsel for the United States in this action. I certify

that I am eligible to practice in this Court.

/s/ *Anita Channapati*
ANITA CHANNAPATI (NY Bar No. 4060299)
Trial Attorney, U.S. Department of Justice
Criminal Section, Civil Rights Division
4 Constitution Square
150 M Street NE Rm 7.1130
Washington, DC 20530
anita.channapati@usdoj.gov
202-598-1033